IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALBERT YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:17-CV-022-C |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff, Albert Young's, 28 U.S.C. § 2241 habeas petition be dismissed for want of prosecution (as it relates to Plaintiff's conviction and sentencing claims) and as moot (as it relates to Plaintiff's BOP calculation claim). Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the above-styled and -numbered civil action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution and as moot.

SO ORDERED this 19th day of September, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE